UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDALL JONES | ) |
| | ) |
| Plaintiff | ) CASE NO. 1:23-cv-00964-JMS-TAB |
| | ) |
| vs. | ) |
| | ) |
| WESTFIELD POLICE DEPARTMENT, | ) |
| CITY OF WESTFIELD, INDIANA, | ) |
| OFFICER DAKOTA FOOTE, | ) |
| OFFICER KAEDEN GEBHART, | ) |
| OFFICER QAIUMUZZAMAN KHAN, | ) |
| HEATHER JONES, | ) |
| SGT. STEFFAN SHORT, | ) |
| MELANIE L. SULLIVAN, and | ) |
| JANE/JOHN DOE(S) | ) |
| | ) |
| Defendants | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It appearing that the parties, by and through their respective counsel, stipulate and agree that all claims of all parties, including but not limited to all claims and counterclaims in this case, have been amicably resolved and settled and that the Court may issue an order dismissing all claims of all of the parties, with prejudice, with each party to bear his/her/its own costs and attorney fees,

IT IS THEREFORE ORDERED, ADJUDGMENT and DECREED that the within action is hereby dismissed, with prejudice, in accordance with the terms aforesaid [35].

The Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties, if necessary. Each party to bear his/her/its own attorney fees and costs.

APPROVED:

/s/ James H. Banks
James H. Banks (#8046-95-TA)
P.O. Box 40
Dublin, OH 43017
Tel. (614) 866-0666
Fax. (614) 396-7747
najjarbank@aol.com

Attorney for Plaintiff

/s/ Kenneth J. Kleppel
Kenneth J. Kleppel (#33737-29)
Brett A. Hession (#37152-49)
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Tel: (317) 638-4521
kkleppel@k-glaw.com
bhession@k-glaw.com

Attorneys for the Westfield Defendants

/s/Jacobe Salathe
Jacob Salathe
Webster & Garino LLC
209 E. 175th Street, Suite A
Westfield, IN 46074
Tel. 317-565-1818
jsalathe@websterlegal.com

Attorney for Heather Jones
 And Melanie Sullivan

ACKNOWLEDGED this date.  The Clerk shall close the case.

Date: 2/9/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana